IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

**STEVEN ARPKE, Individually and on behalf of All Others Similarly Situated**     **PLAINTIFF**

vs.     No. 1:17-cv-185-TRM-CHS

**CROSSTOWN COURIER, INC.**     **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL

The Parties hereby stipulate to the dismissal with prejudice of all of Plaintiff's and the opt-in Plaintiffs' claims against Defendant Crosstown Courier, Inc., as contemplated in their Settlement Agreement filed at ECF No. 50-1, pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear their own costs, expenses, and fees.

Respectfully submitted,

**STEVEN ARPKE, Individually and on behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

/s/ Joshua West
Joshua West
*Pro Hac Vice*
west@sanfordlawfirm.com

Frank P. Pinchak
BPR No. 002094
Donna J. Mikel

Page 1 of 2
*Steven Arpke v. Crosstown Courier, Inc.*
U.S.D.C. (E.D. Tenn.) No. 1:17-cv-185-TRM-CHS
Joint Stipulation of Dismissal

Case 1:17-cv-00185-CHS    Document 57    Filed 02/20/19    Page 1 of 2    PageID #: 263

BPR No. 020777
BURNETTE, DOBSON & PINCHAK
711 Cherry Street
Chattanooga, TN 37402
Telephone: (432) 266-2121
Facsimile: (423) 266-3324
fpinchak@bdplawfirm.com
dmikel@bdplawfirm.com

**DEFENDANT CROSSTOWN COURIER, INC.**

/s/ Mary Taylor Gallagher
Mary Taylor Gallagher
Bar No. 21482
mtgallagher@gsrm.com

Christopher W. Cardwell, Esq.
Bar No. 19751
ccardwell@gsrm.com

GULLETT, SANFORD,
ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
Telephone: (615) 244-4994
Facsimile: (615) 256-6339

## CERTIFICATE OF SERVICE

I, Joshua West, do hereby certify that, on the date imprinted by the CM/ECF system, the foregoing STIPULATION was filed via the Court's CM/ECF System which will provide notice to the following attorneys of record:

Mary Taylor Gallagher, Esq.
mtgallagher@gsrm.com
Christopher W. Cardwell, Esq.
ccardwell@gsrm.com
GULLETT, SANFORD, ROBINSON & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
Telephone: (615) 244-4994
Facsimile: (615) 256-6339

/s/ Joshua West
**Joshua West**

Page 2 of 2
*Steven Arpke v. Crosstown Courier, Inc.*
U.S.D.C. (E.D. Tenn.) No. 1:17-cv-185-TRM-CHS
Joint Stipulation of Dismissal

Case 1:17-cv-00185-CHS   Document 57   Filed 02/20/19   Page 2 of 2   PageID #: 264